# United States District Court for the Northern District of Illinois

Case Number: 08-50039    Assigned/IssuedBy: pb

## FEE INFORMATION

**Amount Due:**  ☒ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other ____

*FILED MAR 13 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

*(For use by Fiscal Department Only)*

Amount Paid: ____    Receipt #: ____

Date Paid: ____    Fiscal Clerk: ____

## ISSUANCES

**Type Of Issuance:**
- ☒ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ ____ (Type of Writ)

2 Original and ___ copies on 3/13/08 (Date) as to [ Home Depot Long Term Disability Plan, Metropolitan Life Insurance Co.

C:\wpwin80\docket\feeinfo.frm   01/01