# United States District Court for the Northern District of Illinois

Case Number: 08-50039          Assigned/IssuedBy: PL

---

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____

**FILED**
APR 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Paid: _____   Fiscal Clerk: _____

---

## ISSUANCES

**Type Of Issuance:**
☒ Summons    ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____ (Type of Writ)

2 Original and ___ copies on 4/11/08 (Date) as to Defendants

C:\wpwin80\docket\feeinfo.frm  01/01