AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JEANNE FEDOR,

CASE NUMBER: 08-50039

V.

ASSIGNED JUDGE: Judge Kapala

METROPOLITAN LIFE INSURANCE COMPANY and THE HOME DEPOT LONG TERM DISABILITY PLAN.

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Mahoney

TO: (Name and address of Defendant)

METROPOLITAN LIFE INSURANCE COMPANY
c/o Illinois Division of Insurance
James R. Thompson Center
100 W. Randolph St., Suite 9-301
Chicago, IL 60601-3395

RECEIVED
STATE OF ILLINOIS
APR 17 2008
DEPT. OF INSURANCE
CHICAGO, ILLINOIS

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Bryant
Daley, DeBofsky & Bryant
55 W Monroe St Ste 2440
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

4/11/08
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/17/2008 |
| NAME OF SERVER (PRINT) Elinor Hart | TITLE Office Assistant |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 100 W. Randolph, Chicago IL → IL Director of Insurance

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/17/08
　　　　　　　Date　　　　　Signature of Server

Daley, DeBofsky & Bryant
55 W Monroe St Ste 2440
Chicago, IL 60603

　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.