**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| JEANNE FEDOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 50039 |
| V. | ) | |
| | ) | The Hon. Judge Kapala |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY and THE HOME DEPOT | ) | Magistrate Judge Mahoney |
| LONG TERM DISABILITY PLAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE RESPONSIVE PLEADING**

Defendants The Metropolitan Life Insurance Company ("MetLife") and The Home Depot

Long Term Disability Plan ("Plan") (collectively, "Defendants"), move this Court for an

extension of time within which to file their response to Plaintiff's class complaint in the above-

captioned action, to and including June 6, 2008.  In support of its Motion, Defendants state as

follows:

1.     On or around March 13, 2008 Plaintiff Jeanne Fedor ("Plaintiff") filed the

Complaint.

2.     MetLife was served with a summons and the Complaint on or around April 17,

2008 and the Plan was served on or around April 25, 2008.

3.     The Complaint purports to state a cause of action under ERISA §502(a)(1)(B) (29

U.S.C. §1132(a)(1)(B)) arising from a termination of benefits under the Plan.

4.     Defendants require additional time to review both the claims set forth in

Plaintiff's Complaint and the Administrative Record in order to appropriately respond to the

Complaint, and respectfully requests an additional thirty (30) days to do so.

5.      Counsel for Defendants has communicated with Plaintiffs' counsel regarding the requested extension.  Plaintiffs' counsel has no objection to the requested extension.

WHEREFORE, Defendants Metropolitan Life Insurance Company and The Home Depot Long Term Disability Plan respectfully request an additional thirty (30) days, up to and including June 6, 2008 in which to plead, move, answer or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted,

METROPOLITAN LIFE INSURANCE COMPANY and THE HOME DEPOT LONG TERM DISABILITY PLAN

By:   /s/ Steven P. Mandell_____
            One of Its Attorneys

Steven P. Mandell *(ARDC #6183729)*
Brendan J. Healey *(ARDC #6243091)*
Natalie A. Harris *(ARDC #6272361)*
**Mandell Menkes LLC**
333 W. Wacker Drive, Ste. 300
Chicago, IL  60606
Tel:   (312) 251-1000

169671                                        2