**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| JEANNE FEDOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN LIFE INSURANCE ) <br> COMPANY and THE HOME DEPOT ) <br> LONG TERM DISABILITY PLAN[1], ) <br> ) <br> Defendants. ) <br> ) | Case No. 08 C 50039 <br><br> The Hon. Judge Kapala <br><br> Magistrate Judge Mahoney |
| METROPOLITAN LIFE INSURANCE ) <br> COMPANY, as a fiduciary of HOME ) <br> DEPOT EMPLOYEE WELFARE ) <br> BENEFITS PLAN ) <br> ) <br> Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEANNE FEDOR, ) <br> ) <br> Counter-Defendants. ) <br> ) <br> ) | Case No. 08 C 50039 <br><br> The Hon. Judge Kapala <br><br> Magistrate Judge Mahoney |

**DEFENDANT/COUNTER-PLAINTIFF**
**METROPOLITAN LIFE INSURANCE COMPANY'S**
**NOTIFICATION OF AFFILIATES PURSUANT TO LOCAL RULE 3.2**

Pursuant to Local Rule 3.2, Plaintiff Metropolitan Life Insurance Company hereby states that it is a wholly owned subsidiary of Metropolitan Life Insurance, Inc.

Respectfully Submitted,

---

[1] Defendant/Counter-Plaintiff has been incorrectly sues as "The Home Depot Long Term Disability Plan." Defendant/Counter-Plaintiff's correct name is "Home Depot Employee Welfare Benefits Plan."


2

          Respectfully submitted,

          METROPOLITAN LIFE INSURANCE COMPANY and METROPOLITAN LIFE INSURANCE COMPANY, a fiduciary of the HOME DEPOT LONG TERM DISABILITY PLAN

          By: __/s/ Natalie A. Harris_____
                One of Its Attorneys

Steven P. Mandell *(ARDC #6183729)*
Brendan J. Healey *(ARDC #6243091)*
Natalie A. Harris *(ARDC #6272361)*
**Mandell Menkes LLC**
333 W. Wacker Drive, Ste. 300
Chicago, IL 60606
Tel: (312) 251-1000

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that I caused the foregoing ***METROPOLITAN LIFE INSURANCE COMPANY'S NOTIFICATION OF AFFILIATES PURSUANT TO LOCAL RULE 3.2 STATEMENT***, to be served on:

> David A. Bryant
> Sandra M. Dye
> Daley, DeBofsky & Bryant
> 1 North LaSalle Street, Ste. 3800
> Chicago, IL  60602

by ECF on this 11th day of June, 2008.