## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Jeanne Fedor

                             Plaintiff,

v.                                                   Case No.: 3:08−cv−50039
                                                          Honorable Frederick J. Kapala

Metropolitan Life Insurance Company, et al.

                             Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:Initial Pretrial conference held on 6/18/2008. FRCP 26(a)(1)disclosure due 7/1/08. Case is referred to mediation. Case stayed until 8/20/08. Telephonic Discovery Hearing set for 8/20/2008 at 09:30 AM. Plaintiff to place the call. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.