UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| JEANNE FEDOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 50039 |
| v. | ) | |
| | ) | The Hon. Judge Kapala |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY and THE HOME DEPOT | ) | Magistrate Judge Mahoney |
| LONG TERM DISABILITY PLAN[1], | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, as a fiduciary of HOME | ) | |
| DEPOT EMPLOYEE WELFARE | ) | |
| BENEFITS PLAN, | ) | |
| | ) | |
| Counter-Plaintiff, | ) | Case No. 08 C 50039 |
| | ) | |
| v. | ) | The Hon. Judge Kapala |
| | ) | |
| JEANNE FEDOR, | ) | Magistrate Judge Mahoney |
| | ) | |
| Counter-Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANT/COUNTER-PLAINTIFF
METROPOLITAN LIFE INSURANCE COMPANY'S
AMENDED STATEMENT UNDER LOCAL RULE 3.2**

Pursuant to Local Rule 3.2, Plaintiff Metropolitan Life Insurance Company hereby states that it is a wholly owned subsidiary of MetLife, Inc.

---

[1] Defendant/Counter-Plaintiff has been incorrectly sued as "The Home Depot Long Term Disability Plan." Defendant/Counter-Plaintiff's correct name is "Home Depot Employee Welfare Benefits Plan."

>Respectfully submitted,
>
>METROPOLITAN LIFE INSURANCE
>COMPANY and METLIFE, INC., a fiduciary of the
>HOME DEPOT LONG TERM DISABILITY
>PLAN
>
>By: __/s/ Natalie A. Harris_____
>         One of Its Attorneys

Steven P. Mandell *(ARDC #6183729)*
Brendan J. Healey *(ARDC #6243091)*
Natalie A. Harris *(ARDC #6272361)*
**Mandell Menkes LLC**
333 W. Wacker Drive, Ste. 300
Chicago, IL  60606
Tel:  (312) 251-1000

169669                                   2

**CERTIFICATE OF SERVICE**

 The undersigned, an attorney, hereby certifies that I caused the foregoing ***METROPOLITAN LIFE INSURANCE COMPANY'S AMENDED LOCAL RULE 3.2 STATEMENT***, to be served on:

    David A. Bryant
    Sandra M. Dye
    Daley, DeBofsky & Bryant
    1 North LaSalle Street, Ste. 3800
    Chicago, IL  60602

by ECF on this 5th day of August, 2008.

            /s/ Natalie A. Harris