## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Jeanne Fedor

                    Plaintiff,

v.                                        Case No.: 3:08−cv−50039
                                        Honorable Frederick J. Kapala

Metropolitan Life Insurance Company, et al.

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 20, 2008:


      MINUTE entry before the Honorable P. Michael Mahoney: Telephonic Discovery hearing held on 8/20/2008. Parties participated in private mediation. Parties report cause settled. Parties given to 9/22/08 to file stipulation to dismiss. Mailed notice(glg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.