## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50039 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Jeanne Fedor v. Metropolitan Life Insurance, et al. | | |

**DOCKET ENTRY TEXT:**

This case has been settled in its entirety. The parties are directed to file a stipulation to dismiss with the court by September 22, 2008. If the parties fail to file the required stipulation to dismiss and this court does not extend the period of time for filing the stipulation to dismiss, the Clerk's Office is directed to enter an order of dismissal with prejudice and judgment. Each party shall bear its own costs, unless otherwise provided in the settlement documents. Due to the settlement of this case, any pending motions are now moot.

*[signature: Frederick J. Kapala]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|